COURT OF CRIMINAL APPEAL 51,632-09
P.O. Box 12308,
CAPITOL STATION
AUSTIN, TEXAS 98711

TO: Abel Acosta, Clerk.

FROM: JAMIE LEE BLEDSOE # 1945574

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

DATE: DECEMBER 15th 2014

Dear Sir:
on or about 12/12/2013 you received and filed a writ of Habeas Courpu on wr# 51,632-09 Trial Court No. 00CR15197E.
AS I write today I am awaring you that I have Not heard any thing Concerning the issue

I am Providing you with my new address:

WYNNE UNIT
810 Fm 2821
Huntsville, Texas 77349     Unit Telephone #: 936-295-9126

Would you Please allow me to know what the status of the writ.

Jamie Lee Bledsoe